UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:21-cv-10516-DJC

| |
|---|
| **FRIEDRICH LU**  Plaintiff,<br><br>v.<br><br>**BOODIE UGNUMBA, G4S SECURE SOLUTIONS (USA), INC., MELANIE LIMA, and TRUSTEES OF BOSTON PUBLIC LIBRARY**  Defendants. |

### DEFENDANTS TRUSTEES OF BOSTON PUBLIC LIBRARY AND MELANIE LIMA's MOTION TO DISMISS FOR FAILURE TO COMPLY WITH A COURT ORDER LIMITING PLAINTIFF'S <u>RIGHT TO FILE IN UNITED STATES DISTRICT COURT</u>

The Defendants Trustees of Boston Public Library and Melanie Lima (collectively "the City Defendants") move this Court to dismiss this action pursuant to Fed. R. Civ. P. 41(b) for failure by Plaintiff to comply with a prior United States District Court Order limiting his right to file complaints.  The Order states that Plaintiff must "attach to any pleading, motion, complaint or other document that he files in the United States District court for the District of Massachusetts: (1) a copy of this Order, and (2) a certification, signed under the pains and penalties of perjury, that he complied in good faith with this Order."  In violation of the Order, Lu has neither attached a copy of it to his complaint, nor has he certified under the pains and penalties that he complied in good faith with it.  Consequently, the City Defendants move the Court to dismiss this action for failure to comply with the Order.

In further support of this Motion, the City of Boston, respectfully refers the Court to its Memorandum of Law, filed herewith.

WHEREFORE, the City Defendants respectfully request that this action be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a United States District Court Order.

Respectfully submitted,

Defendants, Trustees of Boston Public Library and Melanie Lima.
By its attorneys,

Henry Luthin
Corporation Counsel

/s/ John Fahey
John A. Fahey, BBO#703399
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
617-635-4017
John.Fahey@boston.gov

## CERTIFICATE OF SERVICE

I, John Fahey, hereby certify that on August 4, 2021 a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first class mail to each party appearing *pro se* that is unregistered.

| August 4, 2021 | /s/ John Fahey |
|---|---|
| Date | John A. Fahey |