FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2021 AUG 17 PM 2:24

U.S. DISTRICT COURT
DISTRICT OF MASS.

Friedrich Lu, Plaintiff            )
   v                                )    Civil Action No 21-10516-DJC
Boodie Ugnumba, et al, Defendants  )

### PLAINTIFF'S MOTION TO RECUSE OR FOR FULL DISCLOSURE

(1)  Under 28 USC § 455, plaintiff Friedrich Lu moves for recusal. Casper, J recused herself in *Lu* v *Sprague*. US Dist Ct (D.Mass.) No 18-12544. Why not this case?

(2)

(a)  By refusing to abide by Fed Rule Civ Proc 4(h)(i)(A) -- much less id, Rule 55(a) ("clerk," not judge) -- and Massachusetts long arm statute and pertinent rule, see Lu's June 21, 2021 *Reapplication to Clerk for Entry of Default*, ¶ 3, Casper J is seized by unshakable animus toward Lu, so much so that she has more than once pulled wool over her eyes.

(b)  *Liteky* v *United States* (1994) 510 US 540, 555 cautioned:

"opinions formed by the judge on the basis of facts introduced or events occurring in the course of the current proceedings, or of prior proceedings, do not constitute a basis for a bias or partiality motion unless they display a deep-seated favoritism or antagonism that would make fair judgment impossible.

(3)  Alternatively, Lu moves the court to disclose its hidden agenda.

Plaintiff:  Friedrich Lu, pro se  /s/
Date:       August 17, 2021
Email:      chi2flu@gmail.com
Address:    ℅ St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112