UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:21-cv-10516-DJC

| |
|---|
| FRIEDRICH LU  **Plaintiff,**<br><br>v.<br><br>BOODIE UGNUMBA, G4S SECURE SOLUTIONS (USA), INC., MELANIE LIMA, and TRUSTEES OF BOSTON PUBLIC LIBRARY  **Defendants.** |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Nicole M. O'Connor as Attorney for the Defendants Trustees of Boston Public Library and Melanie Lima with regard to the above-captioned case.

Respectfully submitted,

Defendants, Trustees of Boston Public Library and Melanie Lima.
By its attorneys,

Henry Luthin
Corporation Counsel

/s/ Nicole M. O'Connor
Nicole M. O'Connor (BBO#675535)
Senior Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
617-635-4039
Nicole.OConnor@boston.gov

## CERTIFICATE OF SERVICE

I, Nicole M. O'Connor, hereby certify that on August 18, 2021, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first class mail to each party appearing *pro se* that is unregistered.

| | |
|---|---|
| August 18, 2021 | /s/ Nicole M. O'Connor |
| Date | Nicole M. O'Connor |