UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:21-CV-10220

**KELECHI LINARDON,**
                    **Plaintiff.**

**v.**

**DETECTIVE PETER MCCARTHY and
THE BOSTON POLICE DEPARTMENT**
                    **Defendants.**

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

      Please withdraw the appearance of John A. Fahey as Attorney for the Defendants, Peter McCarthy and the Boston Police Department, with regard to the above-captioned case.

                                      Respectfully submitted,

                                      Defendants,
                                      DETECTIVE PETER MCCARTHY,
                                      BOSTON POLICE DEPARTMENT
                                      By its attorneys,

                                      Henry Luthin
                                      Corporation Counsel

                                      /s/ John Fahey
                                      John A. Fahey, BBO#703399
                                      Assistant Corporation Counsel
                                      City of Boston Law Department
                                      City Hall, Room 615
                                      Boston, MA 02201
                                      617-635-4017
                                      John.Fahey@boston.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 18, 2021.

| 8/18/2021 | /s/ John Fahey |
|---|---|
| Date | John A. Fahey |