UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Friedrich Lu, Plaintiff            )         Civil Action No 21-10516-DJC
    v                                  )
Boodie Ugnumba, et al, Defendants  )

### PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

Having made a series of five rulings on Nov 3, 2021, the court may follow up with entry of judgment, for which plaintiff Friedrich Lu moves.

Plaintiff:   Friedrich Lu, pro se
Date:        November 18, 2021
Email:       chi2flu@gmail.com
Address:     ℅ St Francis House, PO Box 499, Lafayette Station, Boston, MA 02112