UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**FRIEDRICH LU**

V.                                                          CIVIL ACTION NO. **21-10516-DJC**

**BOODIE UGNUMBA, ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

In accordance with the ECF Order dated November 3, 2021, D. 24, the Court Orders that Defendants' Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

January 4, 2022                                                         /s/ Lisa M. Hourihan
                                                                        Deputy Clerk